**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07mj-33-PJC |
| ) | |
| DAVID JAY HESS, ) | |
| ) | |
| Defendant. ) | |

## OPINION AND ORDER

The Court has received a letter from Defendant David Jay Hess ("Hess") which I have interpreted as a Motion for Hearing (Dkt. # 10). For the reasons set forth below, the Motion is **DENIED**.

Hess appeared in this Court after he was arrested in the Northern District of Oklahoma in connection with an indictment issued against him in U.S. District Court for the District of Utah, Central Division, *U.S. v. Hess*, Case No. 07-CR-00085-001-TS. Hess was charged with mailing threatening communications in violation of Title 18 U.S.C. §876(c). He appeared before the undersigned for purposes of Initial Appearance under Fed.R.Crim.P. 5(a)(1) & (c)(2). Counsel was appointed for Hess. Pursuant to Rule 5(c)(3), the Magistrate Judge "must transfer the defendant to the district where the offense was allegedly committed" if the government produces a proper arrest warrant. Upon production of the arrest warrant from the District of Utah, Hess was ordered transferred to that jurisdiction.

Hess requests that he be brought to this District in order to gain "the assistance of lawyers" and make an unspecified "presentation."

Hess' legal situation arises from an indictment issued in the District of Utah. Hess is presently under the jurisdiction of that Court. This Court has no jurisdiction over Hess or his criminal case. Accordingly, Hess' Motion for Hearing is **DENIED**.

DATED this 31st day of January 2008.

_____
Paul J. Cleary
United States Magistrate Judge